**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FRANCES MURRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-735 |
| | ) | |
| LINCOLN NATIONAL CORPORATION, | ) | |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY, THE PNC | ) | |
| FINANCIAL SERVICES GROUP | ) | |
| DISABILITY INCOME PLAN, and THE | ) | |
| PNC FINANCIAL SERVICES GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

On or before **June 22, 2026**, and pursuant to Rule 26(f) and LCvR 16.1, the attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for filing with the Court:

(i)     a written Rule 26(f) Report outlining the discovery plan in the format set forth in Appendix LCvR 16.1.A and available on the Court's website at *www.pawd.uscourts.gov*; and

(ii)    a stipulation selecting an ADR process and Neutral pursuant to LCvR 16.2 and available on the Court's website at  *www.pawd.uscourts.gov*.  In the stipulation, the parties must identify the type of ADR selected, the neutral, the confirmed date of the ADR session, (to occur within 60 days of Initial Case Management Conference)[1], and the names of all people attending (including a corporate or insurance representative with settlement authority, if applicable). The Court needs

---

[1] The stipulation shall specify a confirmed date (by counsel, participating parties, and the neutral) within the 60-day period, though parties may request leave to reschedule beyond the 60 days upon good cause shown.

this information <u>before</u> the initial case management conference in order to set an appropriate schedule. If the stipulation does not contain the required information, the Court will strike it and require the parties to file a corrected stipulation.  The Court advises the parties to begin working on the stipulation immediately (including a confirmed date for ADR) to avoid incomplete submissions.

Counsel are also expected to be familiar with this Court's Practices and Procedures (<u>see</u> Judge Hardy's Practices and Procedures at *https://www.pawd.uscourts.gov/content/w-scott-hardy-district-judge*).

**SO ORDERED** this 1st day of June 2026.

/s/ *W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All Counsel of Record

2